157 A.3d 482

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Alan J. NEALLY, Petitioner**

**No. 416 MAL 2016**

Supreme Court of Pennsylvania.

September 13, 2016

## ORDER

PER CURIAM

**AND NOW**, this 13th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.